No. 87–7278. LOVINGOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–7279. CERELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7280. LIBARIOS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 87–7281. BUCCI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–7283. THOMAS v. UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 87–7285. TROCHE v. HOFFA. C. A. 3d Cir. Certiorari denied.

No. 87–7286. THOMPSON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 87–7287. SHIBLES v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 87–7288. REUMONT v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 87–7289. SIMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–7291. PALACIOS-MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–7292. MORONIHAAH, AKA NASH v. PARKE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–7295. MALTBY v. KIER CORP. Sup. Ct. Utah. Certiorari denied.

No. 87–7296. GIBSON v. BUTLER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–7297. RODRIGUEZ v. BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON AT TRENTON, ET AL. C. A. 3d Cir. Certiorari denied.